**Order issued November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-00878-CR**

---

**MARIO LOPEZ JUCUP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices FitzGerald, Lang, and Brown

Based on the Court's opinion of this date, we **GRANT** the June 19, 2014 motion of April E. Smith for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove April E. Smith as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Mario Lopez Jucup, TDCJ No. 1870734, Holliday Transfer Facility, 295 IH-45 North, Huntsville, Texas, 77320-8443.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE